Scott M. Petersen, A7599
FABIAN & CLENDENIN,
A Professional Corporation
Twelfth Floor
215 South State Street
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
spetersen@fabianlaw.com

Hamish P.M. Hume (*pro hac vice*)
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, N.W.
Washington D.C. 20015
(202) 274 1149
hhume@bsfllp.com

*Attorneys for New York Life Insurance Company and
New York Life Insurance and Annuity Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LONNIE R. STALSBERG, as trustee to the Ralph O. Stalsberg Irrevocable Trust I; and RALPH O. STALSBERG, individually,<br><br>    Plaintiffs, Counterclaim-Defendants,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>    Defendants, Counterclaim-Plaintiffs. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:07-cv-00029 BSJ<br><br>(Consolidated with Case No. 2:07-cv-00038 TC)<br><br>Hon. Bruce S. Jenkins |

The stipulation of the parties having been carefully considered and with good cause appearing therefor:

IT IS THEREFORE ORDERED that the above-entitled action, including both Case No. 2:07-cv-00038 TC that was consolidated into this case and stayed pursuant to the Court's consolidation order dated March 6, 2007 [Docket No. 8] and this Case No. 2:07-cv-00029 BSJ, be and is hereby dismissed with prejudice and upon the merits, each party to bear its own costs and attorney fees incurred herein.

DATED this __14__ day of October, 2008.

_____
Bruce S. Jenkins
United States District Judge

Approved as to form:

__/s/ Erik Christiansen__
Erik Christiansen
PARSONS BEHLE & LATIMER

*Attorneys for Plaintiffs*